UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE; on behalf of themselves and all others similarly situated, and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity;<br><br>PATRICK J. LECHLEITNER, Acting Director of Immigration and Customs Enforcement ("ICE"), in his official capacity;<br><br>DANIEL A. BIBLE, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity;<br><br>CAMMILLA WAMSLEY, Field Office Director for the ICE | Civil Action No. 2:24-cv-9105<br><br>**INDIVIDUAL PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>ORAL ARGUMENT REQUESTED |

217150687.2

Philadelphia Field Office, in her
official capacity;

FRANCIS KEMP,
Assistant Field Office Director for the
ICE Philadelphia Field Office, in his
official capacity,

            Defendants.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that on October 7, 2024, or as soon as counsel may be heard, the undersigned attorneys for Plaintiffs Josefina Doe, Isabela Doe, Commor Jerome Welch, Felipe Niomar Martinez Ortiz, and Jose Doe individually and on behalf of all others similarly situated (collectively, "Individual Plaintiffs"), shall move before an Honorable Judge of the United States District Court for the District of New Jersey, Newark Vicinage, for an Order pursuant to Rules 23(a), (b)(2), and (g) of the Federal Rules of Civil Procedure to (1) certify the Proposed Class (as defined within the Class Action Complaint and enclosed Memorandum of Law); (2) appoint Individual Plaintiffs to serve as representatives of the class; and (3) appoint Lowenstein Sandler LLP, the Legal Services of New Jersey, and the Harvard Immigration & Refugee Clinical Program as Co-Class Counsel.

     **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the Individual Plaintiffs rely upon the accompanying (1) Memorandum of Law; (2) Declaration of Gavin J. Rooney, Esq.; (3) Declaration of Shira Wisotsky, Esq.;

(4) Declaration of Tiffany Lieu, Esq.; (5) Declaration of Ian Peacock, Ph.D.; (6) Declaration of Josefina Doe; (7) Declaration of Isabela Doe; (8) Declaration of Commor Jerome Welch; (9) Declaration of Felipe Niomar Martinez Ortiz; and (10) Declaration of Jose Doe.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

Dated:  September 11, 2024

By:   /s/ Gavin J. Rooney
Gavin J. Rooney, Esq.
Alexander Shalom, Esq.
Natalie J. Kraner, Esq.
Naomi D. Barrowclough, Esq.
Anish Patel, Esq. (*pro hac vice* motion forthcoming)
Ruth Zimmerman, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500

Shira Wisotsky, Esq.
Raquiba Huq, Esq.
Zoe Burke, Esq.
Emily Thorton, Esq. (*pro hac vice* motion forthcoming)
**LEGAL SERVICES OF NEW JERSEY**
P.O. Box 1357
Edison, New Jersey 08818
908-882-2665

-4-

Tiffany Lieu, Esq. (*pro hac vice* motion forthcoming)
Philip L. Torrey, Esq. (*pro hac vice* motion forthcoming)
**CRIMMIGRATION CLINIC HARVARD LAW SCHOOL IMMIGRATION & REFUGEE CLINICAL PROGRAM**
6 Everett Street, Suite 3106
Cambridge, Massachusetts 02138
617-496-5497

*Pro Bono Counsel for Plaintiffs*