UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE; on behalf of themselves and all others similarly situated, and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;<br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity;<br><br>PATRICK J. LECHLEITNER, Acting Director of Immigration and Customs Enforcement ("ICE"), in his official capacity;<br><br>DANIEL A. BIBLE, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity;<br><br>CAMMILLA WAMSLEY, Field Office Director for the ICE | Civil Action No. 2:24-cv-9105<br><br>**ORDER GRANTING THE INDIVIDUAL PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

-ii-

Philadelphia Field Office, in her
official capacity;

FRANCIS KEMP,
Assistant Field Office Director for the
ICE Philadelphia Field Office, in his
official capacity,

　　　　　　Defendants.

Gavin J. Rooney, Esq.
Alexander Shalom, Esq.
Natalie J. Kraner, Esq.
Naomi D. Barrowclough, Esq.
Anish Patel, Esq. (*pro hac vice* motion forthcoming)
Ruth Zimmerman, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500

Shira Wisotsky, Esq.
Raquiba Huq, Esq.
Zoe Burke, Esq.
Emily Thorton, Esq. (*pro hac vice* motion forthcoming)
**LEGAL SERVICES OF NEW JERSEY**
P.O. Box 1357
Edison, New Jersey 08818
908-882-2665

Tiffany Lieu, Esq. (*pro hac vice* motion forthcoming)
Philip L. Torrey, Esq. (*pro hac vice* motion forthcoming)
**CRIMMIGRATION CLINIC**
**HARVARD LAW SCHOOL IMMIGRATION &**
**REFUGEE CLINICAL PROGRAM**
6 Everett Street, Suite 3106
Cambridge, Massachusetts 02138
617-496-5497
*Pro Bono Counsel for Plaintiffs*

This matter having come before the Court on the Motion of Plaintiffs Josefina Doe, Isabela Doe, Commor Jerome Welch, Felipe Niomar Martinez Ortiz, and Jose Doe, individually and on behalf of all others similarly situated (collectively, the "Individual Plaintiffs"), for class certification and appointment of class counsel pursuant to Rules 23(a), (b)(2), and (g) of the Federal Rules of Civil Procedure, and the Court having considered the filings and arguments in support thereof, and the opposition thereto, and for good cause shown,

**IT IS** on this _____ day of _____ 2024,

**ORDERED** that the Individual Plaintiffs' Motion for Class Certification and Appointment of Class Counsel pursuant to Rules 23(a), (b)(2), and (g) of the Federal Rules of Civil Procedure is **GRANTED**; and it is further

**ORDERED** that the following class is certified pursuant to Federal Rule of Civil Procedure 23(a) and (b)(2):

> All noncitizens detained by Defendants at the Moshannon Valley Processing Center who have unresolved criminal matters (inclusive of petty disorderly persons, disorderly persons, and indictable offenses) to be charged or charged in a superior or municipal court in New Jersey;

and it is further

**ORDERED** that the Individual Plaintiffs are appointed to serve as representatives of the class; and it is further

217150843.3

-2-

**ORDERED** that Lowenstein Sandler LLP, the Legal Services of New Jersey, and the Harvard Immigration & Refugee Clinical Program are appointed as Co-Class Counsel.

_____
United States District Judge