## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE; on behalf of themselves and all others similarly situated, and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; <br><br> ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity; <br><br> PATRICK J. LECHLEITNER, Acting Director of Immigration and Customs Enforcement ("ICE"), in his official capacity; <br><br> DANIEL A. BIBLE, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity; <br><br> CAMMILLA WAMSLEY, Field Office Director for the ICE | Civil Action No. 2:24-cv-9105 <br><br> **PLAINTIFFS JOSEFINA DOE, ISABELA DOE, AND JOSE DOE'S NOTICE OF MOTION TO PROCEED UNDER PSEUDONYMS** <br><br> ORAL ARGUMENT REQUESTED |

Philadelphia Field Office, in her official capacity;

FRANCIS KEMP, Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity,

    Defendants.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that on October 7, 2024, or as soon as counsel may be heard, the undersigned attorneys for Plaintiffs Josefina Doe, Isabela Doe, and Jose Doe (collectively, the "Doe Plaintiffs"), shall move before an Honorable Judge of the United States District Court for the District of New Jersey, Newark Vicinage, for an Order permitting the Doe Plaintiffs to proceed under pseudonyms.

    **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs rely upon the accompanying (1) Memorandum of Law; (2) Declaration of Josefina Doe; (3) Declaration of Isabela Doe; and (4) Declaration of Jose Doe.

    **PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith pursuant to Local Civil Rule 7.1(e).

Dated: September 11, 2024      By:   /s/ Gavin J. Rooney
                                                     Gavin J. Rooney, Esq.
                                                     Alexander Shalom, Esq.
                                                     Natalie J. Kraner, Esq.
                                                     Naomi D. Barrowclough, Esq.
                                                   Anish Patel, Esq. (*pro hac vice* motion forthcoming)

Ruth Zimmerman, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500

Shira Wisotsky, Esq.
Raquiba Huq, Esq.
Zoe Burke, Esq.
Emily Thorton, Esq. (*pro hac vice* motion forthcoming)
**LEGAL SERVICES OF NEW JERSEY**
908-882-2665
P.O. Box 1357
Edison, NJ 08818-1357

Tiffany Lieu, Esq. (*pro hac vice* motion forthcoming)
Philip L. Torrey, Esq. (*pro hac vice* motion forthcoming)
**CRIMMIGRATION CLINIC HARVARD LAW SCHOOL IMMIGRATION & REFUGEE CLINICAL PROGRAM**
6 Everett St. Suite 3106
Cambridge, MA 02138
617-496-5497

*Pro Bono Counsel for Plaintiffs*