UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE; on behalf of themselves and all others similarly situated, and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM, <br><br>Plaintiffs, <br><br>v. <br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; <br><br>ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity; <br><br>PATRICK J. LECHLEITNER, Acting Director of Immigration and Customs Enforcement ("ICE"), in his official capacity; <br><br>DANIEL A. BIBLE, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity; <br><br>CAMMILLA WAMSLEY, Field Office Director for the ICE | Civil Action No. 2:24-cv-9105 <br><br>**ORDER GRANTING PLAINTIFFS JOSEFINA DOE, ISABELA DOE, AND JOSE DOE'S MOTION TO PROCEED UNDER PSEUDONYMS** |

-ii-

Philadelphia Field Office, in her official capacity;

FRANCIS KEMP,
Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity,

               Defendants.

Gavin J. Rooney, Esq.
Alexander Shalom, Esq.
Natalie J. Kraner, Esq.
Naomi D. Barrowclough, Esq.
Anish Patel, Esq. (*pro hac vice* motion forthcoming)
Ruth Zimmerman, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
973-597-2500

Shira Wisotsky, Esq.
Raquiba Huq, Esq.
Zoe Burke, Esq.
Emily Thorton, Esq. (*pro hac vice* motion forthcoming)
**LEGAL SERVICES OF NEW JERSEY**
P.O. Box 1357
Edison, New Jersey 08818
908-882-2665

Tiffany Lieu, Esq. (*pro hac vice* motion forthcoming)
Philip L. Torrey, Esq. (*pro hac vice* motion forthcoming)
**CRIMMIGRATION CLINIC**
**HARVARD LAW SCHOOL IMMIGRATION &**
**REFUGEE CLINICAL PROGRAM**
6 Everett Street, Suite 3106
Cambridge, Massachusetts 02138
617-496-5497
*Pro Bono Counsel for Plaintiffs*

This matter having come before the Court on the motion of Plaintiffs Josefina Doe, Isabela Doe, Jose Doe (collectively, the "Doe Plaintiffs"), for leave to proceed under pseudonyms, and the Court having considered the filings and arguments in support thereof, and the opposition (if any) thereto, and for good cause shown,

**IT IS** on this _____ day of _____ 2024,

**ORDERED** that the Doe Plaintiffs' Motion to Proceed Under Pseudonyms is **GRANTED**; and it is further

**ORDERED** that the Doe Plaintiffs shall be permitted to proceed under the pseudonyms Josefina Doe, Isabela Doe, and Jose Doe, and are hereby authorized when making submissions to the Court to redact from the public record all personally identifying information; and it is further

**ORDERED** that Defendants shall not publicly disclose the Doe Plaintiffs' names or any other identifying information, and Defendants shall redact from the public record all personally identifying information regarding the Doe Plaintiffs when making submissions to the Court.

_____
United States District Judge