BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
LAUREN FASCETT
Senior Litigation Counsel
JORDAN HUMMEL
KEVIN HIRST
HANA SHATILA
DANIEL SCHUTRUM-BOWARD
(MD Bar No. 1812120107)
Trial Attorneys
Office of Immigration Litigation
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel 202-919-1670; Fax: (202) 305-7000
Email: Daniel.R.Schutrum-Boward@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEFINA DOE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Hon. Michael E. Farbiarz, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>Civil Action No. 2:24-cv-09105 (MEF) (LDW)<br><br>**DEFENDANTS' NOTICE OF MOTION TO TRANSFER VENUE AND STAY ALL DEADLINES** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on November 4, 2024, or as soon as counsel

may be heard, the undersigned attorneys for Defendants[1] shall move this Court for an Order transferring this case to the Western District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a), and to stay all deadlines during the pendency of the motion to transfer. In support of this motion, Defendants respectfully refer the Court to the following memorandum of law.

| | |
|---|---|
| Dated: October 11, 2024 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br>LAUREN E. FASCETT<br>Senior Litigation Counsel<br>JORDAN HUMMEL<br>KEVIN HIRST<br>HANA SHATILA<br>Trial Attorneys | */s/ Daniel Schutrum-Boward*<br>Trial Attorney<br>(MD Bar No. 1812120107)<br>Department of Justice, Civil Division<br>Office of Immigration Litigation,<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel 202-919-1670<br>Fax: (202) 305-7000<br>Daniel.R.Schutrum-Boward@usdoj.gov<br><br>*Counsel for Defendants* |

---

[1] Defendants are: U.S. Department of Homeland Security; U.S. Immigration and Customs Enforcement ("ICE"); Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity; Patrick J. Lechleitner, Acting Director of ICE, in his official capacity; Daniel A. Bible, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity; Cammilla Wamsley, Field Office Director for the ICE Philadelphia Field Office, in her official capacity; and Francis Kemp, Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity.