

**Gavin J. Rooney**
Partner
Chair, Business & Class Action
Litigation

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 597-2472
T: (212) 419-5853
E: grooney@lowenstein.com

October 16, 2024

**VIA ECF AND HAND DELIVERY**

Hon. Michael E. Farbiarz, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
Courtroom # 4
50 Walnut Street
Newark, NJ 07102

**Re:** *Doe, et al. v. U.S. Department of Homeland Security, et al.*, Civil Action No. 2:24-cv-09105-MEF-LDW

Dear Judge Farbiarz:

Together with the Legal Services of New Jersey and the Harvard Crimmigration Clinic within the Harvard Immigration & Refugee Clinical Program, this firm represents Plaintiffs Josefina Doe, Isabela Doe, Commor Jerome Welch, Felipe Niomar Martinez Ortiz, and Jose Doe, on behalf of themselves and all others similarly situated, and the American Friends Service Committee, Immigrant Rights Program. As we indicated during our recent conference with Judge Leda Wettre, we are submitting a proposed Order to Show Cause with Temporary Restraints to restrain Defendants from depriving Plaintiffs and the Putative Class of virtual access to criminal court proceedings, which is a violation of, *inter alia*, the First, Fifth, and Sixth Amendments.

In support of Plaintiffs' application, enclosed please find (1) the proposed Order to Show Cause; (2) a Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order and Preliminary Injunction; and (3) the declarations of: (a) Plaintiffs (Josefina Doe, Isabela Doe, Jose Doe, Commor Welch, and Felipe Ortiz); (b) impacted individuals (Marcelino Flores, Victor Alzamora Capunay, Andres Escorcia Tinoco, A. Morales, Isaac Huaman Bautista, and G.); (c) staff members of Plaintiff American Friends Service Committee, Immigrant Rights Program (Ilana Herr, Esq., Anna Meixler, and Priscila Abraham, Esq.); (d) Plaintiffs' two expert witnesses (Ian G. Peacock, Ph.D, a data analysis expert; and Maureen A. Sweeney, Esq., an immigration expert); and (e) the Attorney Declaration of Shira Wisotsky, Esq. As Your Honor will see in the supporting documents, we have redacted the names and other identifying info of individuals who are neither named plaintiffs nor witnesses in this case on confidentiality grounds.

If the Court is not inclined to set a hearing for a Temporary Restraining Order, then we request that the Court set an expedited briefing schedule and a hearing date as soon as feasible.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Gavin J. Rooney*

Gavin J. Rooney


cc: All Counsel of Record (via email)

