## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE; on behalf of themselves and all others similarly situated, and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; <br><br> ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, in his official capacity; <br><br> PATRICK J. LECHLEITNER, Acting Director of Immigration and Customs Enforcement ("ICE"), in his official capacity; <br><br> DANIEL A. BIBLE, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity; <br><br> CAMMILLA WAMSLEY, Field Office Director for the ICE Philadelphia Field Office, in her official capacity; <br><br> FRANCIS KEMP, Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity, <br><br> Defendants. | Civil Action No. 3:24-cv-00259-PLD <br><br> Magistrate Judge Patricia L. Dodge |

## MOTION TO ISSUE SCHEDULING ORDER

Plaintiffs Josefina Doe, Isabela Doe, Commor Jerome Welch, Felipe Niomar Martinez Ortiz, and Jose Doe, individually and on behalf of all others similarly situated, and The American Friends Service Committee, Immigrant Rights Program ("Plaintiffs"), and Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Alejandro Mayorkas, Secretary of the Department of Homeland Security, in his official capacity, Patrick J. Lechleitner, Acting Director of Immigration and Customs Enforcement ("ICE"), in his official capacity, Daniel A. Bible, Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity, Cammilla Wamsley, Field Office Director for the ICE Philadelphia Field Office, in her official capacity, and Francis Kemp, Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity ("Defendants") (hereinafter, "the Parties"), by and through their counsel, set forth the following Joint Motion to Issue Scheduling Order:

1. This action was filed in the United States District Court for District of New Jersey on September 11, 2024.

2. This matter was transferred to the Western District of Pennsylvania on October 30, 2024.

3. Counsel for the Parties have conferred, and have agreed to the following proposed dates:

   a. Defendants shall file their opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction (the "TRO/PI Motion") [ECF No. 30] by Friday, November 15, 2024.

   b. With Defendants' assent and leave of the Court, Plaintiffs shall file their reply by November 20, 2024.

   c. Plaintiffs anticipate needing a reply because this matter was transferred from another District whose rules entitled Plaintiffs to a reply, and because

|     | Plaintiffs would appreciate the ability to respond to Defendants using case law from this District. |
| --- | --- |
| d.  | Plaintiffs respectfully request that the Court schedule oral argument in this matter as soon as possible thereafter. Defendants defer to the Court on whether oral argument would be of assistance in this matter. |
| e.  | Additionally, the parties respectfully submit that Defendants shall file their answer or otherwise respond to Plaintiffs' Complaint [ECF No. 1] within fourteen days after this Court's decision on the TRO/PI Motion. |
| f.  | Additionally, the parties respectfully submit that Defendants file their response to Plaintiffs' Motion for Class Certification [ECF No. 2] fourteen days after they answer or the Court rules on a potential motion to dismiss. |
| g.  | The parties agree that briefing on Plaintiffs' Motion for Class Certification shall not stay or otherwise postpone the commencement of discovery in this matter. |

WHEREFORE, the parties jointly request that this Honorable Court enter the attached Final Scheduling Order.

DATE: November 6, 2024

| | |
|---|---|
| **LEGAL SERVICES OF NEW JERSEY** | **DEPARTMENT OF JUSTICE, CIVIL DIVISION, OFFICE OF IMMIGRATION LITIGATION** |

*s/ Shira Wisotsky*
Shira Wisotsky, Esq.
Raquiba Huq, Esq.*
Zoe Burke, Esq.*
Emily Thorton, Esq.*

**LOWENSTEIN SANDLER LLP**
Gavin J. Rooney, Esq.*
Alexander Shalom, Esq.*
Natalie J. Kraner, Esq.*
Naomi D. Barrowclough, Esq.*
Anish Patel, Esq.*
Ruth Zimmerman, Esq.*

**CRIMMIGRATION CLINIC HARVARD LAW SCHOOL IMMIGRATION & REFUGEE CLINICAL PROGRAM**
Tiffany Lieu, Esq.*
Philip L. Torrey, Esq.*

*Pro Bono Counsel for Plaintiffs*

*\*application for admission forthcoming*

*s/ Jordan K. Hummel*
Jordan Hummel, Esq.
　(admitted *pro hac vice*)
Daniel Schutrum-Boward, Esq.
　(admitted *pro hac vice*)
Hana Shatila, Esq.
　(*pro hac vice* admission pending)
Kevin Hirst, Esq.*
Lauren Elizabeth Fascett, Esq.*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November 2024, I electronically filed the foregoing JOINT MOTION TO ISSUE SCHEDULING ORDER with the Clerk of Courts using the CM/ECF system which will send notification of such filing to all counsel of record. This document was filed electronically and is available for viewing and downloading from the ECF system.

By: *s/ Shira Wisotsky*
Shira Wisotsky, Esq.
Legal Services of New Jersey
100 Metroplex Drive
Suite 402
P.O. Box 1357
Edison, New Jersey 08817
908.882-2665
swisotsky@lsnj.org

*Pro Bono Counsel for Plaintiffs*