**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE, on behalf of themselves and all others similarly situated; and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity; CALEB VITELLO, Acting Director of ICE, in his official capacity; TODD LYONS, Acting Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity; BRIAN MCSHANE, Acting Field Office Director for the ICE Philadelphia Field Office, in his official capacity; and FRANCIS KEMP, Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity,<br><br>Defendants. | Civil Action No. 3:24-cv-00259-SLH-PLD<br><br>**Hearing Date: May 20, 2025 at 1:30pm before the Hon. Patricia L. Dodge** |

**UNOPPOSED MOTION FOR LEAVE TO APPEAR AS A LAW STUDENT**

Tiffany J. Lieu
Harvard Law School Crimmigration Clinic
6 Everett Street; Suite 3106
Cambridge, Massachusetts 02138
Telephone: (617) 496-5497
tlieu@law.harvard.edu

Plaintiffs, through their attorneys, respectfully moves this Court pursuant to Local Rule 83.2(D) to grant law student Sophie Li leave to appear in the above-captioned matter to present a portion of the argument under the supervision of Tiffany J. Lieu on behalf of Plaintiffs at the hearing before Magistrate Judge Patricia L. Dodge on May 20, 2025, at 1:30pm EST, on Defendants' Partial Motion to Dismiss. Here, Ms. Li meets the requirements as set forth by Local Rule 83.2(D).

Pursuant to Local Rule 83.2(D)(2), Ms. Li is a duly enrolled student at Harvard Law School, where she has completed at least three semesters of legal studies and is currently enrolled as a clinical student for credit in the Harvard Law School Crimmigration Clinic. *See* Ex. A, Declaration of Sophie Li. Ms. Li will not accept personal compensation for legal services provided under this rule. *Id.* Moreover, Assistant Dean Meredith Boak, who is authorized to sign on behalf of the Dean of Harvard Law School, certifies that Ms. Li is of good character and has sufficient legal ability to fulfill the responsibilities required by Plaintiffs and this Court. *See* Ex. B, Dean's Certification of Law Student.

The Crimmigration Clinic satisfies the program requirements under Local Rule 83.2(D)(3). The Crimmigration Clinic, which is a clinic within the Harvard Immigration and Refugee Clinical Program at Harvard Law School, trains students on practice and advocacy under the supervision of clinical instructors and faculty. *See* Ex. C, Declaration of Tiffany J. Lieu. Students receive academic credit for participation in the clinic. *Id.* The Crimmigration Clinic provides pro bono representation to clients and maintains professional liability insurance. *Id.*

Finally, Ms. Li will be supervised at oral argument by Tiffany J. Lieu, who is a clinical instructor and lecturer on law in the Crimmigration Clinic and at Harvard Law School and

1

satisfies the requirements for supervision under Local Rule 83.2(D)(4). Assistant Dean Meredith Boak, who is authorized to sign on behalf of the Dean of Harvard Law School, certifies that Attorney Lieu is of good character and has sufficient legal ability and adequate training to fulfill the responsibilities of a supervisor. *See* Ex. D, Dean's Certification of Supervisor. Attorney Lieu is admitted to practice *pro hac vice* in the above-captioned matter. *See* ECF 75. Attorney Lieu will be present with Ms. Li at all times during the May 20, 2025 hearing before the Court, co-sign documents, assume full professional responsibility for Ms. Li's work, be available for consultation with Plaintiffs, and will provide any assistance and counsel as needed to ensure the effective representation of Plaintiffs, pursuant to Local Rule 83.2(D)(4). *See* Add. C, Declaration of Tiffany J. Lieu.

Undersigned counsel communicated with counsel for Defendants on May 8, 2025. Counsel for Defendants represented that Defendants do not oppose this motion.

For all the foregoing reasons, Plaintiffs respectfully requests that this Court issue an order permitting Ms. Li to appear as a law student under the supervision of Tiffany J. Lieu to present a portion of the oral argument on behalf of Plaintiffs in the above-captioned matter in the May 20, 2025, hearing regarding Defendants' Partial Motion to Dismiss.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Tiffany J. Lieu*
Tiffany J. Lieu
Harvard Law School Crimmigration Clinic
6 Everett Street; Suite 3106
Cambridge, Massachusetts 02138
Telephone: (617) 496-5497
tlieu@law.harvard.edu

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, a copy of the foregoing document and all attached exhibits was filed electronically to the registered participants as identified on the Notice of Electronic Filing. Counsel for all parties to the case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: May 12, 2025

Respectfully submitted,

*/s/ Tiffany J. Lieu*
Tiffany J. Lieu
Harvard Law School Crimmigration Clinic
6 Everett Street; Suite 3106
Cambridge, Massachusetts 02138
Telephone: (617) 496-5497
tlieu@law.harvard.edu

3