**<u>DECLARATION OF LAW STUDENT SOPHIE LI</u>**

I, SOPHIE LI, state as follows:

1.  I am a law student in good standing. I am in my second year of law school at Harvard Law School and I have successfully completed at least three semesters of law school.

2.  I am currently enrolled in the Harvard Law School Crimmigration Clinic for credit. My clinical work is supervised by clinical instructor and lecturer on law Tiffany J. Lieu.

3.  The Dean of the law school, or the Dean's designee, has certified that I am of good character and have sufficient legal ability to fulfill the responsibilities of a legal intern to the clients and this Court.

4.  I will not accept personal compensation from a client or other source for legal services provided pursuant to Local Rule 83.2(D).

Signed under the penalties of perjury on this 8th day of May.


*/s/ Sophie Li*
Sophie Li
Law Student Advocate