**United States District Court
for the Western District of Pennsylvania**

**Civil Action No. 3:24-cv-00259-SLH-PLD**

**Dean Certification**

I certify that this student is in her fourth semester of law schoolwork at Harvard Law School and is enrolled in the Harvard Law School Crimmigration Clinic. I further certify that this student is of good character and is qualified to fulfill the responsibilities required by the U.S. District Court for the Western District of Pennsylvania Local Rule 82.3(D).

Sophie Li
**Name of Student**

*Meredith Boak*
_____
**Signature of Assistant Dean**[*]
Meredith Boak
Assistant Dean for Clinical and
    Experiential Education and
    Pro Bono Programs
Harvard Law School
WCC 3085
6 Everett Street
Cambridge, Massachusetts 02138
Telephone: (617) 495-5202
mboak@law.harvard.edu

**Name of Law School:** Harvard Law School

---

[*] Authorized to sign on behalf of Interim Dean John C. P. Goldberg of Harvard Law School