**DECLARATION OF TIFFANY J. LIEU**

I, TIFFANY J. LIEU, state as follows:

1. I am pro bono co-counsel in the matter of *Doe et al. v. DHS*, No. 3:24-cv-00259-SLH-PLD before this Court. I am admitted to practice before this Court *pro hac vice* in this matter.

2. I am a clinical instructor in the Crimmigration Clinic, which is a clinic within the Harvard Immigration and Refugee Clinical Program at Harvard Law School. I am also a lecturer in law at Harvard Law School.

3. The Harvard Law School Crimmigration Clinic is a clinical instruction program that provides students with academic and practice advocacy training under the supervision of clinical instructors and faculty. Students receive academic credit for participation in the clinic. The Harvard Law School Crimmigration Clinic provides pro bono representation to its clients and maintains professional liability insurance.

4. Sophie Li is enrolled in the Harvard Law School Crimmigration Clinic as a clinical student under my supervision. The Dean of the law school, through authorized designee, has certified that I am of good character and have sufficient legal ability and adequate training to fulfill the responsibilities of a supervisor.

5. If the Court grants Ms. Li leave to appear as a law student to conduct a portion of the argument under my supervision on behalf of Plaintiffs in the hearing on May 20, 2025, on Defendants' Partial Motion to Dismiss in *Doe et al. v. DHS*, I will be present with Ms. Li at all times during the Court appearance, co-sign all relevant documents filed with this Court, assume full professional responsibility for Ms. Li's work taken pursuant to Local Rule 83.2(D), and will assist and counsel Ms. Li in all activities conducted pursuant to this local rule to ensure the effective representation of our clients. In addition, I will be available for consultation with represented clients.

Signed under the penalties of perjury on this 8th day of May.

/s/ Tiffany J. Lieu
Tiffany J. Lieu
Clinical Instructor, Harvard Law
      School Crimmigration Clinic
Lecturer on Law, Harvard Law School