**United States District Court
for the Western District of Pennsylvania**


**Civil Action No. 3:24-cv-00259-SLH-PLD**


**Dean Certification**

I certify that Tiffany J. Lieu is a clinical instructor in the Harvard Law School Crimmigration Clinic. I further certify that Ms. Lieu is of good character and has sufficient legal ability and adequate training to fulfill the responsibilities of a supervisor as required by the U.S. District Court for the Western District of Pennsylvania Local Rule 83.2(D).

Tiffany J. Lieu
**Name of Supervisor**

_____
**Signature of Assistant Dean**[*]
Meredith Boak
Assistant Dean for Clinical and
   Experiential Education and
   Pro Bono Programs
Harvard Law School
WCC 3085
6 Everett Street
Cambridge, Massachusetts 02138
Telephone: (617) 495-5202
mboak@law.harvard.edu

---

[*] Authorized to sign on behalf of Interim Dean John C. P. Goldberg of Harvard Law School