**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEFINA DOE; ISABELA DOE; COMMOR JEROME WELCH; FELIPE NIOMAR MARTINEZ ORTIZ; and JOSE DOE, on behalf of themselves and all others similarly situated; and THE AMERICAN FRIENDS SERVICE COMMITTEE, IMMIGRANT RIGHTS PROGRAM,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"); KRISTI NOEM, Secretary of the Department of Homeland Security, in her official capacity; CALEB VITELLO, Acting Director of ICE, in his official capacity; TODD LYONS, Acting Executive Associate Director of ICE's Enforcement and Removal Operations, in his official capacity; BRIAN MCSHANE, Acting Field Office Director for the ICE Philadelphia Field Office, in his official capacity; and FRANCIS KEMP, Assistant Field Office Director for the ICE Philadelphia Field Office, in his official capacity,<br><br>    Defendants. | Civil Action No. 3:24-cv-00259-SLH-PLD |

**<u>ORDER</u>**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to Appear as Law Student, it is hereby ORDERED that the Motion is GRANTED. Law student Sophie Li is granted leave to appear to conduct a portion of the argument under the supervision of Tiffany J. Lieu on behalf of Plaintiffs on May 20, 2025, on Defendants' Partial Motion to Dismiss.

Dated: May 13, 2025

Hon. Patricia L. Dodge
UNITED STATES MAGISTRATE JUDGE