**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEFINA DOE, *et al*., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 3:24-cv-259 |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Stay District Court Proceedings, and the opposition thereto, the Court **GRANTS** the Motion and **ORDERS** that all district court proceedings be stayed pending further order of the Court.


Dated: _____                                    _____
                                                    PATRICIA L. DODGE
                                                    United States Magistrate Judge