IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEFINA DOE, *et al.*<br><br>                    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.*,<br><br>                    Defendants. | Civil Action No. 3:24-cv-00259-SLH-PLD |

**STIPULATED ORDER REGARDING**
**DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

**1.      PURPOSE**

This Order will govern discovery of electronically stored information ("ESI") (including

scanned hard-copy documents) in this case as a supplement to the Federal Rules of Civil

Procedure, this Court's Guidelines for the Discovery of Electronically Stored Information, and

any other applicable orders and rules.

**2.      COOPERATION**

The parties are aware of the importance the Court places on cooperation and commit to

cooperate in good faith throughout the matter consistent with this Court's Guidelines for the

Discovery of ESI.

**3.      PERSON**

The parties have identified to each other the resource persons who are and will be

knowledgeable about and responsible for discussing their respective ESI.  Each ESI resource

person will be, or have access to those who are, knowledgeable about the technical aspects of

ESI, including the location, nature, accessibility, format, collection, search methodologies, and

1

production of ESI in this matter. The parties will rely on the resource persons, as needed, to confer about ESI and to help resolve disputes without court intervention. The resource person is not necessarily the person who would be designated to testify related to a person or entity's preservation efforts, document retention policies, collection efforts, or other related matters.

## 4.    PRESERVATION

The parties have discussed their preservation obligations and needs and agree that preservation of potentially relevant ESI (e.g., email, text ESI, voicemail, spreadsheets, databases, etc.) will be reasonable and proportionate. To reduce the costs and burdens of preservation and to ensure proper ESI is preserved, the parties agree that:

a)    Only ESI accessed, modified, created or received between September 2021 or the time ICE started negotiating the contract with The GEO Group to run MVPC, whichever is earlier, and the present date relating to the above-captioned matter will be preserved;

b)    Based upon their investigation to date, the parties have exchanged a list of the types of ESI they believe should be preserved and the custodians, or general job titles or descriptions of custodians, for whom they believe ESI should be preserved. The parties shall add or remove custodians as reasonably necessary;

c)    The parties will agree on the number of custodians per party for whom ESI will be preserved;

d)    While the parties do not anticipate any data sources being not reasonably accessible, to the extent that any data sources are not reasonably accessible and/or certain data sources (a) could contain relevant information but (b) under the proportionality factors, should not be preserved, the parties will meet and confer to reach an agreement on preservation of such data.

e)    The parties agree that there is no need for forensic imaging at this time but reserve their right to seek it at a later date.

## 5.    SEARCH AND IDENTIFICATION

The parties agree that in responding to an initial Fed. R. Civ. P. 34 request, or earlier if appropriate, they will meet and confer about methods to search ESI in order to identify ESI that is subject to production in discovery and filter out ESI that is likely not subject to discovery. The

parties are permitted to use reasonable search methods to narrow down the ESI to be reviewed for production in discovery (e.g., search terms, technology assisted review, deduplication, elimination of correspondence with attorneys, client self-collection efforts, etc.); however, the parties must be prepared to discuss the reasonableness of such efforts. The parties will continue to identify the systems on which data is stored, and Defendants represent that they have control over their contractor The GEO Group's ESI such that they will respond to Fed. R. Civ. P. 34 requests for production directed to The GEO Group without the need for a separately served subpoena.

**6.     PRODUCTION FORMATS**

The parties agree to produce ESI in TIFF and native file formats.  If particular ESI warrants a different format, the parties will cooperate to arrange for the mutually acceptable production of such ESI. The parties agree not to degrade the searchability of ESI as part of the document production process, and have discussed the necessary level of resolution to permit the effective use of produced ESI.

Additionally, regardless of what image format is used, the parties agree to provide load files containing the metadata for each electronic document produced, as outlined in Exhibit A. Each of the metadata and coding fields set forth in Exhibit A that can be extracted from a document shall be produced for that document.  Also, for each electronic document produced, a single text file shall be provided along with the image files and metadata.  The name of the text file shall be the Bates number of the first page of the document.  If the source document is an electronic file, electronic text shall be extracted directly from the native electronic file, unless the document has been redacted.  For redacted electronic files and for all other types of documents, the text file shall be created using Optical Character Recognition ("OCR").

Documents will be produced retaining the family structure with parent documents and children to be preserved together (e.g., emails and their attachments must be produced together).

All images must be assigned a Bates number that shall always: (1) be unique across the entire document production, (2) maintain a constant length (zero/0-padded) across the entire production, (3) contain no embedded spaces or special characters other than underscores, backslashes, forward slashes and/or hyphens, and (4) be sequential within a given document.  If one or more Bates numbers is skipped in a production, the producing party will so note in a cover letter accompanying the production or in a privilege log.

**7.    PHASING**

If a party propounds discovery requests pursuant to Fed. R. Civ. P. 34, the parties agree to phase the production of ESI and will meet and confer as to the scope of the initial production.[1]

Following the initial production, the parties will continue to prioritize the order of subsequent productions.

**8.    ESI PROTECTED FROM DISCOVERY OR PUBLIC DISCLOSURE**

a) Communications involving trial counsel that post-date the filing of the complaint need not be placed on a privilege log.

b) Communications must be identified on a privilege log individually.

c) The parties have agreed to use the Form Inadvertent Production Provision of LCvR 16.1.D (The Clawback Agreement), and its terms are incorporated herein.

d) The terms of the Confidentiality Order, ECF No. 148, are incorporated herein.

**9.    MODIFICATION**

This Stipulated Order may be modified by a Stipulated Order of the parties or by the

---

[1] A phased or iterative approach may be used to conduct the ESI (e.g., by issue, timeframe, custodians, databases, issue, liability, or damages).

Court for good cause shown.

       **IT IS SO STIPULATED**, through Counsel of Record.

Dated:  June 4, 2026                      /s/ Alexander Shalom
                                         Counsel for Plaintiffs

Dated: June 4, 2026                       /s/ Laurie Wiesner
                                         Counsel for Defendants

       **IT IS SO ORDERED** that the foregoing Agreement is approved.

Dated: June 25, 2026                   /s/ Patricia L. Dodge
                                         PATRICIA L. DODGE
                                         United States Magistrate Judge

# EXHIBIT A

## **EXHIBIT A**

| Field Name | Field Description | Populated For (E-mail, E-documents, E-attachments, Physicals) | Example Values |
|---|---|---|---|
| BegDoc | Control Number for the first page of the parent document. | All | Prefix-0000000001 |
| EndDoc | Control Number for the last page of the parent document. | All | Prefix-0000000002 |
| BegAttach | Control Number of the first production Bates number of the first document of the attachment. | All | Prefix-0000000003 |
| EndAttach | Control Number of the last production Bates number of the last document of the attachment. | All | Prefix-0000000004 |
| Attachment Range | Control Numbers for the first page of the first family member and the last page of the last family member | All | Prefix-0000000001 – Prefix-0000000004 |
| Classify | Descriptor for the type of document: "Email" for electronic documents not attached to e-mails; "EDocs" for all e-mails.. | All | E-mail<br>E-mail Attachment<br>EDocs<br>Scanned Paper Docs |
| Calendar Date | Starting Date of Calendar Item | All | mm/dd/yyyy hh:mm:ss |
| PageCount | Number of printed pages in the document. | All | 2 |
| Custodian | Custodian name produced in format: | E-documents, Physicals | Smith, Jane; Smith, John A.; Smith, John B.; Taylor, Michael |

| Field Name | Field Description | Populated For (E-mail, E-documents, E-attachments, Physicals) | Example Values |
|---|---|---|---|
|  | Lastname, Firstname. Where redundant names occur, individuals should be distinguished by an initial which is kept constant throughout productions. For instance: Smith, John A. and Smith, John B. |  |  |
| DateSent | Date and time an e-mail was sent. | E-mail | mm/dd/yyyy hh:mm:ss |
| DateModified | Date and time the document was last modified to the filesystem of the original media from which it was collected. | E-mail, E-documents, E-attachments | mm/dd/yyyy hh:mm:ss |
| AttachmentNames | The names of the attachments in the email family | E-attachments | Project_Plan |
| AttachmentCount | The total number of attachments within the email family. | E-mail | 3 |
| Email_Subject | Subject line of an e-mail. | E-mail | Text of the subject line |
| To | All addresses of all recipients that were included on the "To" line of the e-mail. | E-mail | larry.murphy@e-mail.com |
| From | The name and e-mail address of the sender of the e-mail. | E-mail | Bart.Cole@e-mail.com |
| CC | All recipients that were included on the | E-mail | sstephens44@email.com |

| Field Name | Field Description | Populated For (E-mail, E-documents, E-attachments, Physicals) | Example Values |
|---|---|---|---|
|  | "CC" line of the e-mail. |  |  |
| BCC | All recipients that were included on the "BCC" line of the e-mail. | E-mail | ceo-gs@email.com |
| FileName_Extension | File name of the E-document, E-mail, or E-attachment including the file extension (for e-mail this is the subject line of the e-mail with an .htm extension). | E-mail, E-documents, E-attachments | Text of the subject line.htm<br><br>***the parties may provide this field as part of the .Dat file |
| NativeFilePath | The name of the native file in the format "File_Name.File_Extension" if native files are included in the export. | E-mail, E-documents, E-attachments (if produced in native form) | \VOL001\NATIVE\001\Document _12345.doc |
| Title | Any value populated in the Title field of the document properties. | E-documents, E-attachments | Title |
| Subject | Any value populated in the Subject field of the document properties. | E-documents, E-attachments | Subject |
| Author | Any value populated in the Author field of the document properties. | E-documents, E-attachments | Author |
| Date Created | Date and time the document was created. | E-documents, E-attachments | mm/dd/yyyy hh:mm:ss |
| Source | The original folder path the file was extracted from | E-documents, E-attachments | John Doe.pst/Peronal Folders/Inbox |
| MD5HASH | A hash value is a result of a calculation |  |  |

| Field Name | Field Description | Populated For (E-mail, E-documents, E-attachments, Physicals) | Example Values |
|---|---|---|---|
|  | (hash algorithm) that can be performed on a string of text, electronic file or entire hard drives contents. The result is also referred to as a checksum, hash code or hashes. Hash values are used to identify and filter duplicate files (i.e. email, attachments, and loose files) from an ESI collection or verify that a forensic image or clone was captured successfully |  |  |
| Last Printed | Date the file was last printed | All Files | mm/dd/yyyy hh:mm:ss |
| Last Accessed | Date the file was last accessed | All Files | mm/dd/yyyy hh:mm:ss |
| Importance | The importance flag information from the mail system | E-mail | High |
| Original_App | Original application associated with the file | All Files | Microsoft Powerpoint |
| File Extension | Original file extension | All Files | XLSX |
| Doc_Text | Path to the extracted text or OCR text file | All Files | \\VOL001\TEXT\001\Prefix-0000000001.txt |
| Duplicate Custodian Names | Names of the custodians containing duplicate versions of the original record. | All Files | Jane Smith; John Smith |
| Duplicate Locations | Original file path to the removed duplicates not being produced | E-mail, E-documents | Janesmith.pst\inbox\contracts\ |

| Field Name | Field Description | Populated For (E-mail, E-documents, E-attachments, Physicals) | Example Values |
|---|---|---|---|
| Time Zone | Time zone used to process the data (internal preference is GMT) | E-mail, E-documents, E-attachments | GMT |